PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 5:08-CR-204-1D

STEVEN M. PADGETT

On Wednesday, November 19, 2008, the above named was placed on probation for a period of 3 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                            Respectfully submitted,

/s/ Michael C. Brittain                           /s/ Linwood E. King
Michael C. Brittain                               Linwood E. King
Senior U.S. Probation Officer                     U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___1___ day of ___July___, 2010.

James C. Dever III
U.S. District Judge